HARRISON SPIAK et al., Respondents, v. MUTUAL COAL CO., INC., Appellant.—

Hill, P. J., Crapser, Heffernan and Foster, JJ., concur; Schenck, J., dissents, and votes to reverse the decision and judgment and dismiss the complaint, with costs.